IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRY L. KOWALSKI,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) NO.   12-cv-00138-JPG ) |
| **AETNA LIFE INSURANCE COMPANY,** a Connecticut Corporation, | ) ) ) ) |
| **Defendant.** | ) ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record;

and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   July 3, 2012

                                                  **NANCY ROSENSTENGEL, Clerk of Court**

                                                  BY: s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **U. S. DISTRICT JUDGE**